In the Matter of SADYE F. BAYER, Respondent, against JOSEPH D. McGOLD-RICK, as State Rent Administrator, Appellant, and HANOVER CONSTRUCTION CORP., Intervener, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

PAUL VASEL, Respondent, v. JULIUS W. STOLL, Individually and Doing Business as ROCHESTER GERMAN PUBLISHING Co., Appellant.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

JOHN HEADLEY, as Administrator of the Estate of CLEMENT V. HEADLEY, Deceased, Respondent, v. JEROME LECESNE, as Sole Surviving Partner of the Partnership between CLEMENT V. HEADLEY, Deceased, and JEROME LECESNE, Doing Business as Headley & Lecesne and Other Names, Appellant.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ROSE O'SHEA, Appellant, v. RAYMOND O'SHEA, Respondent.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

DUNDEE SMART CLOTHES, INC., Appellant, v. PENNSYLVANIA LUMBERMENS MUTUAL FIRE INSURANCE COMPANY, Respondent.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

GEORGE E. HERCK, Respondent, v. SAMUEL LUSTBADER et al., Appellants.— No opinion. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.